JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Ramona Rios,<br><br>          Plaintiff,<br><br>     vs.<br><br>Diversified Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.:  2:11-cv-08561-RGK -DTBx<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the Stipulation of parties, the action is dismissed with prejudice, each party to bear its own attorney fees and costs.

**IT IS SO ORDERED** on this 11th day of September, 2012.

_____

Honorable Judge R. Gary Klausner